JUNE 11, 1942

No. 47311.—

Protest 32632–K of Schering Corp. C. D. 618. Motion of Government for rehearing denied.